IN THE CIRCUIT COURT OF MADISON COUNTY MISSISSIPPI

REBECCA CRAIG & JOHN DOES I-V                        PLAINTIFF(S)

VS.                                       CAUSE NO. CI 2020-0174-JA

WALMART INC., D/B/A/
SAM'S CLUB & JOHN DOES I-V                           DEFENDANT(S)

**COMPLAINT**
*(Jury Trial Demanded)*

Comes Now, the Plaintiffs, Rebecca Craig and John Does I-V, by and through undersigned counsel and files this Complaint for damages against Sam's Club Facility # 8271. and John Does I–V, and would show the following in support:

**PARTIES**

1. Plaintiffs Rebecca Craig is adult resident citizens of Noxubee County, whose address is 1336 Dora Road Brooksville, Mississippi 39739.

2. Plaintiff John Does I–V are unidentified individuals that the Defendants may be liable to for damages. The names of these individuals will be supplemented once they are determined.

3. Defendant is Walmart Inc., d/b/a, Sam's Clubs #8721 (Hereafter Sam's Club) corporation registered to do business in the state of Mississippi whose address is 257 Grandview Blvd. Madison, Mississippi 39110, that may be served with process upon its registered agent for service of process, C.T. Corporation System 645 Lakeland East Drive Suite 101 Flowood, MS 39232.

**EXHIBIT A**

4.  Defendant John Does I–V are unidentified individuals that may be liable to Plaintiff for her damages. The names of these individuals will be supplemented once they are determined.

## JURISDICTION

5.  Venue is appropriate in this court pursuant to Mississippi Code Annotated §11-11-3 (Supplemented 1994) as the tort, which forms the basis of this suit, occurred in Madison County, Mississippi.

## FACTS

6.  On or about the 19th of April, 2018, Rebecca Craig, Plaintiff was a patron at Sam's Club #8721, Defendant located at 257 Grandview Blvd. Madison, Mississippi 39759. While shopping in Defendant's store the Plaintiff picked up a 4pack of 2-liter Sprite, when one of the straps broke causing one of the Sprites to fall to the floor and explode, leading the Plaintiff to fall injuring herself. As a direct result thereof, our client sustained pain and suffering mental and emotional distress, bodily injuries to include a torn bicep and rotator cup.

## NEGLIGENCE

7.  Defendant caused Plaintiff's injuries in the following ways:
    a.  failure to provide a safe environment for patron;
    b.  failure to remove a potential hazard from the shelf/display;
    c.  failure to ensure product safety; and
    d.  failure to warn Plaintiff of the dangerous condition.

## **CAUSATION**

8. The negligence, carelessness, recklessness, willfulness, and wantonness of the Defendant, as set forth herein and above, was the proximate cause or wholly contributed to the injuries of Plaintiff as heretofore and hereinafter set forth. As a direct and proximate result of the aforementioned breaches of duty by the Defendant, Plaintiff has suffered substantial injuries and damages.

9. As a proximate result of Plaintiff's injuries, she incurred medical bills, including hospital bills and other doctor visits. The reasonable and necessary expenses were incurred by Plaintiff as a result of the Defendant's acts and omissions.

10. Plaintiff seeks compensation for the following:

   (a) Medical expenses incurred for the treatment of Plaintiff's injuries caused by the Defendant's negligence;

   (b) Future medical expenses for ongoing and continual treatment of Plaintiff's injuries;

   (c) Lost wages and other compensation;

   (d) Loss of wage-earning capacity;

   (e) Loss of the functional use of his body;

   (f) Future medical expenses;

   (g) Loss of enjoyment of life;

   (h) Physical pain and suffering;

   (i) Mental pain and suffering;

   (j) Mental anguish;

   (k) Future pain and suffering;

(l) Permanent bodily impairment; and

(m) Lost of consortium.

**WHEREFORE PREMISES CONSIDERED**, the Plaintiff respectfully requests a Judgment of and from the Defendant, in an amount to be determined by a jury in this matter and for any other relief deemed appropriate by the Court.

**RESPECTFULLY SUBMITTED**, this the 7th day of August 2020.

REBECCA CRAIG BY AND
THROUGH THEIR ATTORNEY

BY: _____

JEFFREY J. HOSFORD (MS BAR NO. 100788)
HOSFORD LAW FIRM, PLLC
115-A. S. LAFAYETTE ST.
STARKVILLE, MS 39759
TELEPHONE: (662) 323-0844
FACSIMILE:(662) 323-5560

# HOSFORD LAW FIRM, P.L.L.C.

Jeffrey J. Hosford
Attorney at Law
115-A South Lafayette St.
Starkville, MS 39759
Phone: 662.323.0844
Facsimile: 662.323.5560
E-mail: jeffhosford@gmail.com

CI2020-0174-JA

August 10, 2020

**Madison County Circuit Court**
Attn.: Anita Wray
128 West North Street
P.O. Box 1626
Canto, MS 39046

Re: *Rebecca Craig & John Does I-V v. Walmart Inc., Sam Club & John Does I-V*

Dear Mrs. Wray,

Please find enclosed one (1) Initial Complaint and (1) copy of the Initial Complaint for the above referenced case for filing on the above referenced matter. Please forward a copy of the stamped file to our office using the self-addressed stamped envelope provided. If you should have any questions or concerns, please do not hesitate to contact our office.

Thank you for your time and assistance in this matter.

Sincerely,

*Percy J. Williams Jr.*
Percy J. Williams Jr.
Legal Assistant to:
Jeffrey J. Hosford
Attorney at Law

Enclosures

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Madison County

Case # CI-2020-0174      Acct #         Paid By CHECK 005853       Rct#  89208
---
```
            CV CLERK'S FEE                              85.00
            CV LAW LIBRARY                               2.50
            CV COURT REPORTER TAX                       10.00
            CV COURT EDUCATION                           2.00
            CV COURT ADMINISTRATOR                       2.00
            CV CIVIL LEGAL ASSISTANCE FUND               5.00
            CV COMPREHENSIVE ELECTRONIC CT              10.00
            CV JURY TAX                                  3.00
            CV CONSTITUENTS FE                            .50
            CV RECORDS MANAGEMENT PROGRAM                1.00
            CV-JUDICIAL SYS OPERATION FUND              40.00
```

                                              ============
                                         Total  $   161.00
---

Payment received from HOSFORD LAW FIRM PLLC

Transaction   91791 Received  8/14/2020 at 10:53 Drawer   1 I.D. DENDY

Current Balance Due        $0.00             Receipt Amount $     161.00


  By _____D.C.   ANITA WRAY, Circuit Clerk


Case # CI-2020-0174      Acct #         Paid By CHECK 005853       Rct#  89208

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2016)

**Court Identification Docket #**
County #: 45
Judicial District:
Court ID (CH, CI, CO): CI
Case Year: 2020
Docket Number: 174
Local Docket ID: JA

Month/Date/Year: 08/14/20 — *This area to be completed by clerk*

Case Number if filed prior to 1/1/94: ____

In the **CIRCUIT** Court of **MADISON** County — Judicial District ____

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form
**Individual:** Last Name: CRAIG   First Name: REBECCA   Maiden Name: ___   M.I.: ___   Jr/Sr/III/IV: ___

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business:** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff:** 1336 DORA ROAD BROOKSVILLE, MISSISSIPPI 39739

**Attorney (Name & Address):** Jeffrey J. Hosford, 115A S. Lafayette St. Starkville, MS 29759   **MS Bar No.** 100788

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

### Defendant - Name of Defendant - Enter Additional Defendants on Separate Form
**Individual:** Last Name: ____   First Name: ____   Maiden Name: ____   M.I.: ____   Jr/Sr/III/IV: ____

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business:** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known:** _____   **MS Bar No.** ____

___ Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other ____

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other ____

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other ____

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

**Children/Minors - Non-Domestic**
- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other ____
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other ____

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other ____

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other ____

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other ____

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other ____

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [X] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other ____

IN THE ___CIRCUIT_____ COURT OF ___HINDS_____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____
           File Yr        Chronological No.     Clerk's Local ID

Docket No. If Filed Prior to 1/1/94_____

**PLAINTIFFS IN REFERENCED CAUSE** - Page 1 of ___ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Plaintiff #2:**

**Individual**: __DOES I-V_____  __JOHN_____ (_____) _____ _____
                Last Name        First Name      Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual**: _____ _____ (_____) _____ _____
                Last Name        First Name      Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual**: _____ _____ (_____) _____ _____
                Last Name        First Name      Maiden Name, if Applicable   Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___